IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-00354-CMA-BNB

GREGG JOSEPH SAVAJIAN,

    Plaintiff,

v.

KEVIN MILYARD, Warden Sterling Correctional Facility,
PHYSICIAN'S HEALTH PARTNERS, Facility Medical Provider,
DR. J. G. FORTUNADO, Staff Supr. Physician, (PHP),
BRIAN WEBSTER, Physician's Asst., (PHP),
BEVERLY DOWIS, Facility Medical Administrator, (PHP), and
OFFICER CHRIS WADE, Facility Transport Driver,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY -6 2009

GREGORY C. LANGHAM
    CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the Defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the Defendants or counsel for the Defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the Defendants.

DATED: May __4__, 2009

                    BY THE COURT:

                    *Christine M. Arguello*

                    _____
                    CHRISTINE M. ARGUELLO
                    United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00354-CMA-BNB

Gregg Joseph Savajian
Prisoner No. 125166
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Kevin Milyard, J.G. Fortunado,
Brian Webster, Beverly Dowis,
and Officer Chris Wade – **WAIVER\***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Physician's Health Partners (PHP)

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Kevin Milyard, J.G. Fortunado, Brian Webster, Beverly Dowis, and Officer Chris Wade; and to the United States Marshal Service for service of process on Physician's Health Partners: AMENDED COMPLAINT FILED 4/27/09, SUMMONS, WAIVER\*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 5/6/09.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk