IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| **Civil Action No.** 09-cv-00354-CMA-BNB | FTR BNB COURTROOM A 401 |
| **Date:** October 1, 2009 | Geneva D. Mattei, Deputy Clerk |

GREG JOSEPH SAVAJIAN,                   Pro Se by telephone

    Plaintiff(s),

v.

PHYSICIANS HEALTH PARTNERS, et al        Joseph Sanchez

    Defendant.

### COURTROOM MINUTES

**STATUS CONFERENCE**

Court in Session:     8:37 a.m.

Court calls case.

Appearances of Counsel

Discussion regarding pending motions.

**ORDERED:** Plaintiff's motion for an order compelling defendant to disclose and produce discovery documents pursuant to Fed.R.Civ.Proc. Rule-37(a)(3)(A)(iv) [doc, 61, filed 9/8/09] is denied as stated on the record.

**ORDERED:** Plaintiff's motion to modify pretrial scheduling order for extension of time to produce discovery documents and answer interrogatories [ doc. #57, filed 8/28/09] is granted as stated on the record. The plaintiff shall respond to the defendants' interrogatories on or before October 6, 2009.

**ORDERED:** Mr. Sanchez shall obtain the address of defendant Brian Webster for the purpose of facilitating service of the summons and complaint. Mr. Sanchez shall report his progress to the court on or before October 9, 2009.

Court in Recess:     9:14 a.m.     Hearing concluded.     Total time in court:    00:37

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.