IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00354-CMA-BNB

GREGG JOSEPH SAVAJIAN, #125166

Plaintiff,

v.

KEVIN MILYARD, Warden, Sterling Correctional Facility,
PHYSICIAN'S HEALTH PARTNERS, Facility Medical Provider,
DR. J. G. FORTUNADO, Staff Supr. Physician (PHP),
BRIAN WEBSTER, Physician's Asst. (PHP),
BEVERLY DOWIS, Facility Medical Administrator (PHP), and
OFFICER CHRIS WADE, Facility Transport Driver,

Defendants.

_____

**ORDER**
_____

This matter arises on the following:

(1)  Plaintiff's **Motion for Order Compelling Defendant to Disclose and Produce Discovery Documents Pursuant to Fed. R. Civ. Proc. Rule-37(a)(3)(A)(iv)** [Doc. # 61, filed 9/8/2009] (the "Motion to Compel");

(2)  Plaintiff's **Motion to Modify Pretrial Scheduling Order for Extension of Time to Produce Discovery Documents and Answer Interrogatories** [Doc. # 57, filed 8/28/2009] (the "Motion for Extension"); and

(3)  Plaintiff's response to my order to show cause [Doc. # 54, filed 8/20/2009] (the "Response").

I held a hearing on these matters this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is DENIED.

IT IS FURTHER ORDERED that the Motion for Extension is GRANTED. The plaintiff shall respond to the defendants' discovery requests on or before **October 6, 2009**.

IT IS FURTHER ORDERED that defense counsel shall attempt to obtain an address for Brian Webster from the Attorney General of Colorado in order to facilitate service of Mr. Webster in this case. Defense counsel shall file a status report on or before **October 9, 2009**, indicating the results of those efforts.

Dated October 1, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge