IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00354-CMA-BNB

GREGG JOSEPH SAVAJIAN, #125166

Plaintiff,

v.

KEVIN MILYARD, Warden, Sterling Correctional Facility,
PHYSICIAN'S HEALTH PARTNERS, Facility Medical Provider,
DR. J. G. FORTUNADO, Staff Supr. Physician (PHP),
BRIAN WEBSTER, Physician's Asst. (PHP),
BEVERLY DOWIS, Facility Medical Administrator (PHP), and
OFFICER CHRIS WADE, Facility Transport Driver,

Defendants.
_____

**ORDER**
_____

This matter arises on **Plaintiff's Second Request For Production of Documents and Other Tangible Discovery Materials to Defendant Christopher Wade** [Doc. # 89, filed 10/20/2009] (the "Motion").  The Motion is DENIED.

The plaintiff seeks an order compelling the defendants to produce certain documents in response to a request for production of documents.  The request for production is not attached to the Motion, however, nor does the plaintiff set forth verbatim each of his requests and the defendants' responses to those requests.

Local rule of practice 37.1, D.C.COLO.LCivR, specifies the form of discovery motions as follows:

> A motion under Fed. R. Civ. P. 26 or 37 directed to interrogatories or requests under Fed. R. Civ. P. 33 or 34 or to responses thereto shall set forth verbatim the interrogatory, request, and response to which the motion is directed.

This is an important requirement. I cannot rule on a motion to compel in an informed manner unless I know precisely the content of the request and response.

IT IS ORDERED that the Motion is DENIED for failure to comply with the requirements of D.C.COLO.LCivR 37.1.

Dated October 22, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge