IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00354-CMA-BNB

GREGG JOSEPH SAVAJIAN, #125166

Plaintiff,

v.

KEVIN MILYARD, Warden, Sterling Correctional Facility,
PHYSICIAN'S HEALTH PARTNERS, Facility Medical Provider,
DR. J. G. FORTUNADO, Staff Supr. Physician (PHP),
BRIAN WEBSTER, Physician's Asst. (PHP),
BEVERLY DOWIS, Facility Medical Administrator (PHP), and
OFFICER CHRIS WADE, Facility Transport Driver,

Defendants.
_____

**ORDER**
_____

This matter arises on the plaintiff's on **Plaintiff's Request for Ruling on Motion for Temporary Injunction Pursuant to Fed. Civ. R. Proc., Rule 12(c)** [Doc. #87, filed 10/15/2009] (the "Motion for Ruling"). The plaintiff requests that the court issue a ruling on his motion for injunctive relief [Doc. #21]. Separately, I have recommended that the motion for injunctive relief be denied.

IT IS ORDERED that the Motion for Ruling is DENIED as moot.

Dated October 29, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge