IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00354-CMA-BNB

GREGG JOSEPH SAVAJIAN, #125166

Plaintiff,

v.

KEVIN MILYARD, Warden, Sterling Correctional Facility,
PHYSICIAN'S HEALTH PARTNERS, Facility Medical Provider,
DR. J. G. FORTUNADO, Staff Supr. Physician (PHP),
BRIAN WEBSTER, Physician's Asst. (PHP),
BEVERLY DOWIS, Facility Medical Administrator (PHP), and
OFFICER CHRIS WADE, Facility Transport Driver,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants' Motion to Allow Deposition of Plaintiff Gregg Joseph Savajian Pursuant to Fed.R.Civ.P. 30(a)(2)** [docket no. 104, filed November 12, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and defendants are permitted to take the deposition of plaintiff Gregg Joseph Savajian on **December 8, 2009, at 9:30 a.m.** at the Sterling Correctional Facility.

DATED:  November 18, 2009