IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00354-CMA-BNB

GREGG JOSEPH SAVAJIAN, #125166

Plaintiff,

v.

KEVIN MILYARD, Warden, Sterling Correctional Facility,
PHYSICIAN'S HEALTH PARTNERS, Facility Medical Provider,
DR. J. G. FORTUNADO, Staff Supr. Physician (PHP),
BRIAN WEBSTER, Physician's Asst. (PHP),
BEVERLY DOWIS, Facility Medical Administrator (PHP), and
OFFICER CHRIS WADE, Facility Transport Driver,

Defendants.

---

## ORDER

---

This matter arises on the following discovery motions filed by the plaintiff:

(1)     **Plaintiff's Second Request to Defendant Milyard for Production of
Documents and All Tangible Discovery Materials, Pursuant to Federal Civil Rules of
Procedure, Rule 37(a)** [Doc. # 97, filed 11/3/2009] (the "Motion to Compel: Milyard"); and

(2)     **Plaintiff's Second Request to Defendants Physician's Health Partners for
Production of Documents and All Tangible Discovery Materials, Pursuant to Federal Civil
Rules of Procedure, Rule 37(a)** [Doc. # 101, filed 11/9/2009] (the "Motion to Compel: PHP").

I held a hearing on the motions this afternoon and made rulings on the record, which are

incorporated here.  In particular, during the hearing the plaintiff indicated that he no longer seeks

to compel the discovery at issue in the motions, and he withdrew them.

IT IS ORDERED that the Motion to Compel: Milyard [Doc. # 97] is DENIED as

withdrawn.

IT IS FURTHER ORDERED that the Motion to Compel: PHP [Doc. # 101] is DENIED

as withdrawn

Dated January 26, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge