IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00354-CMA-BNB

GREGG JOSEPH SAVAJIAN, #125166

Plaintiff,

v.

KEVIN MILYARD, Warden, Sterling Correctional Facility,
PHYSICIAN'S HEALTH PARTNERS, Facility Medical Provider,
DR. J. G. FORTUNADO, Staff Supr. Physician (PHP),
BRIAN WEBSTER, Physician's Asst. (PHP),
BEVERLY DOWIS, Facility Medical Administrator (PHP), and
OFFICER CHRIS WADE, Facility Transport Driver,

Defendants.
_____

**ORDER**
_____

This matter arises on the following motions:

(1)    **Defendants' Motion for Protective Order and to Seal Document** [Doc. # 109, filed 11/18/2009] (the "Motion for Protective Order and To Seal"); and

(2)    **Defendants' Motion to Provide CDOC Administrative Regulation 300-37RD to the Court Under Seal** [Doc. # 107, filed 11/18/2009] (the "Second Motion to Seal").

The motions seek an order that Administrative Regulation 300-37RD should not be disclosed either to the plaintiff, who is an incarcerated person proceeding pro se, or to the public. The evidence establishes that AR 300-37RD concerns the transportation of inmates, and its disclosure would risk the safety and security of correctional officers and the public. See Declaration of Kevin Milyard [Doc. # 109-3]. In addition, the plaintiff has abandoned his motion to compel which sought the production of the AR. Consequently, good cause has been

shown for the entry of a protective order that the AR not be disclosed to the plaintiff, and compelling reasons have been shown to seal the AR from public disclosure.

IT IS ORDERED that the Motion for Protective Order and To Seal [Doc. # 109] is GRANTED.

IT IS FURTHER ORDERED that the Second Motion to Seal [Doc. # 107] is GRANTED.

Dated January 26, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge